**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| B.J. SMITH, BRADFORD ZINN, ) <br> and JERED ROSS, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> HIGHLAND COMMUNITY ) <br> COLLEGE (HCC), THE BOARD OF ) <br> TRUSTEES FOR HCC, RUSSELL KARN, ) <br> DEBORAH FOX, and BRYAN DORREL, ) <br> ) <br> Defendants. ) | Case No. <br><br><br><br><br> KS Federal Case No: 22-CV-02048 |

**DEFENDANTS' MOTION FOR ISSUANCE OF OUT-OF-STATE SUBPOENA**

COME NOW Defendants Highland Community College ("HCC"), The Board of Trustees for HCC, Russell Karn, Deborah Fox, and Bryan Dorrel (collectively "Defendants"), by and through undersigned counsel, and pursuant to Federal Rule 45(a)(2), respectfully move for an Order from this Court requesting the issuance of an out-of-state Subpoena Duces Tecum in order to obtain documents from Southeast Missouri State University.

In support of this motion, Defendants state the following:

1. A civil action is pending in the United States District Court for the District of Kansas, Case No. 22-CV-02048.

2. Defendants want to obtain documents from Southeast Missouri State University regarding employment pertaining to one of the Plaintiffs, William "BJ" Smith.

3. Southeast Missouri State University is located in the State of Missouri.

4. A copy of the issued Kansas Federal Subpoena Duces Tecum is attached hereto and marked as Exhibit 1. A copy of the Proposed Missouri Eastern District Federal Subpoena Duces Tecum is also attached hereto as Exhibit 2.

5.      Federal Rule 45(a)(2) permits this Court to accept Defendants motion and make an order directing issuance of a Subpoena Duces Tecum for use in a foreign jurisdiction.  Fed. R. Civ. P. 45.

**WHEREFORE**, based upon the above, Defendants pray for an Order from the Court sustaining their motion for issuance of an out-of-state Subpoena Duces Tecum to obtain the documents of Southeast Missouri State University.

Dated this _____ day of March, 2023.

        Respectfully submitted,

        SANDERS WARREN & RUSSELL LLP

        */s/ Sean M. Sturdivan*
        Sean M. Sturdivan     KS Bar No. 21286
        Tracy M. Hayes        KS Bar No. 23119
        Kaitlin Marsh-Blake   KS Bar No. 26462
        Compass Corporate Centre
        11225 College Boulevard, Suite 450
        Overland Park, Kansas 66210
        Phone: (913) 234-6100
        Facsimile: (913) 234-6199
        Email: s.sturdivan@swrllp.com
        Email: t.hayes@swrllp.com
        Email: k.marsh-blake@swrllp.com
        ***ATTORNEYS FOR DEFENDANTS***

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 6th day of March, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

William C. Odle
The Odle Law Firm, LLC
6½ East First Street, Suite 2
Parkville, Missouri 64152
Ph: (816) 631-5220 / Fax: (816) 631-5225
Email: wodle@odlelawfirm.com

-- And –

 Michael A. Williams KS # 19124
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Ph: (816) 945-7110
mwilliams@williamsdirks.com
*ATTORNEY FOR PLAINTIFF*

              */s/ Sean M. Sturdivan*
              **ATTORNEY**